IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| DANIEL GRAHAM, § § § Plaintiff, § § v. § § § Case No. 1:21-cv-773 UNITED HEALTHCARE SERVICES, § INC., § § Defendant. § | |

## INDEX OF STATE COURT DOCUMENTS

Defendant, United Healthcare Services, Inc., files its Index of State Court Documents, and states:

| **Exhibit** | **Date** |
|---|---|
| 1. Docket Sheet as of 08/26/2021 | |
| 2. Petition: Small Claims Case | 08/02/2021 |
| 3. Justice Court Citation | 08/02/2021 |
| 4. Service of Process Transmittal Received by Defendant | 08/06/2021 |
| 5. Return of Service | 08/11/2021 |
| 6. Defendant's Original Answer | 08/17/2021 |

**EXHIBIT A**

Dated: September 1, 2021  Respectfully submitted,

By: */s/ Kristina A. Pierre-Louis*
    Andrew G. Jubinsky
    Texas Bar No. 11043000
    andy.jubinsky@figdav.com
    Lead Counsel

Of Counsel:
Kristina A. Pierre-Louis
Texas Bar No. 24092973
kristina.pierre-louis@figdav.com

**FIGARI + DAVENPORT, L.L.P.**
901 Main Street, Suite 3400
Dallas, Texas 75202
Telephone: (214) 939-2000
Facsimile: (214) 939-2090

ATTORNEYS FOR DEFENDANT

# CERTIFICATE OF SERVICE

    This is to certify that a true and correct copy of the foregoing document has been served on the parties listed below on September 1, 2021.

**Via CMRRR:**
Daniel Graham
5812 Mossbrook Trail
Plano, Texas 75252

    */s/ Kristina A. Pierre-Louis*
    Kristina A. Pierre-Louis

**PRECINCT TWO**

# CASE SUMMARY
### CASE NO. J2-CV-21-002458

| | | |
|---|---|---|
| Daniel Graham vs. UNITED HEALTHCARE SERVICES, INC | § § § § | Location: **Precinct Two**<br>Judicial Officer: **Slagle, Randall**<br>Filed on: **08/02/2021** |

---

**CASE INFORMATION**

Case Type: **Small Claims**

---

**DATE**             **CASE ASSIGNMENT**

**Current Case Assignment**
Case Number         J2-CV-21-002458
Court               Precinct Two
Date Assigned       08/02/2021
Judicial Officer    Slagle, Randall

---

**PARTY INFORMATION**

*Lead Attorneys*

**Plaintiff**   Graham, Daniel

**Defendant**   UNITED HEALTHCARE SERVICES, INC                    **Jubinsky, Andrew George**
                                                                   *Retained*
                                                                   2149392000(W)

---

| DATE | EVENTS & ORDERS OF THE COURT | INDEX |
|---|---|---|
| 08/02/2021 | Citation Issued<br>*emailed to pct 2 const. kd* | |
| 08/02/2021 | **Citation**<br>UNITED HEALTHCARE SERVICES, INC<br>Served: 08/11/2021<br>Actual Server: Constable<br>Return Date/Time: 08/11/2021<br>Serving Method: Certified Mail | |
| 08/02/2021 | Original Petition (OCA) | |
| 08/02/2021 | Petition/Application via E-File<br>*Guide and File - Petition* | |
| 08/11/2021 | Return of Service Filed | |
| 08/17/2021 | Answer<br>*Defendant United Healthcare Services, Inc.'s Original Answer* | |

**DATE**                                **FINANCIAL INFORMATION**

**Plaintiff**  Graham, Daniel
Total Charges                                                                           131.00
Total Payments and Credits                                                              131.00
**Balance Due as of  08/26/2021**                                                         0.00

**EXHIBIT A-1**

FILED: 8/2/2021 4:01 PM
JUDGE RANDALL SLAGLE
JUSTICE OF THE PEACE, PCT. 2
TRAVIS COUNTY, TEXAS

## PETITION: SMALL CLAIMS CASE

CASE NO. (court use only) __J2-CV-21-2458__

In the Justice Court, Precinct __2__, __Travis__ County, Texas

**Daniel Graham**
PLAINTIFF

VS.

**UNITED HEALTHCARE SERVICES, INC 9900 BREN RD EAST MN008-T390 MINNETONKA, MN 55343**
DEFENDANT(S)

**COMPLAINT:** The basis for the claim which entitles the plaintiff to seek relief against the defendant is:
**I have received three calls (6/23 @12:20PM, 6/23 @ 12:28PM, & 6/24 @ 4:26PM) from United Healthcare agents on my number (214-236-7996) which is registered on the National Do Not Call list. Each call spoofed caller ID information & used a fictitious company name, in addition to calling a number registered on the national do not call list. United Healthcare either knew or should have known these TCPA violations were happening, yet still authorized these agents to sell their product.**

**RELIEF:** Plaintiff seeks damages in the amount of **$4,630.00**, and/or return of personal property as described as follows (be specific): _____, which has a value of _____
Additionally, plaintiff seeks the following:

,
plus all costs of court as allowed by law.
**SERVICE OF CITATION:** Service is requested on defendants by personal service at home or work or by alternative service as allowed by the Texas Justice Court Rules of Court. Other addresses where the defendant(s) may be served are:
**C T CORPORATION SYSTEM**
**1999 BRYAN ST., STE. 900 DALLAS, TX 75201**
**(Please serve by certified mail)**

[X] If you wish to give your consent for the answer and any other motions or pleadings to be sent to your email address, please check this box, and provide your valid email address: **danielgrahamcpa@gmail.com**_____.
I declare under penalty of perjury, pursuant to the law of the State of Texas, that all information provided is true and correct.

__Daniel Graham_____     __/s/ Daniel Graham_____
Petitioner's Printed Name                                              Signature of Plaintiff or Attorney

                                                                                         __5812 Mossbrook Trail_____
**DEFENDANT(S) INFORMATION** (if known):              Address of Plaintiff's Attorney, if any, or Plaintiff if none
DATE OF BIRTH:_____

                                                                                         __Dallas, TX 75252_____
*LAST 3 NUMBERS OF DRIVER LICENSE:_____    City              State              Zip
*LAST 3 NUMBERS OF SOCIAL SECURITY:_____
                                                                                         Ph. __214-236-7996__     Fax. _____
DEFENDANT'S PHONE NUMBER:_____    Phone & Fax No. of Plaintiff's Attorney, if any, or Plaintiff if none
                                                                                         **danielgrahamcpa@gmail.com**

Small Claim Petition. 7/2013

**EXHIBIT A-2**

# JUSTICE COURT CITATION

**Docket Number:** J2-CV-21-002458

**Plaintiff:**
**Daniel Graham**
5812 MOSSBROOK TRAIL
DALLAS TX 75252

vs.

**Defendant:**
**UNITED HEALTHCARE SERVICES, INC**
9900 BREN RD EAST MN008-T390
MINNETONKA MN  55343

Represented by:

By Serving:
CT CORPORATION SYSTEM
1999 BRYAN ST. STE 900
DALLAS, TX 75201

**THE STATE OF TEXAS** to: UNITED HEALTHCARE SERVICES, INC, Defendant(s):

You have been sued. You may employ an attorney to help you in defending against this lawsuit. But you are not required to employ an attorney. You or your attorney must file an answer with the court. Your answer is due by the end of the 14th day after the day you were served with these papers. If the 14th day is a Saturday, Sunday, or legal holiday, your answer is due by the end of the first day following the 14th day that is not a Saturday, Sunday, or legal holiday. Do not ignore these papers. If you do not file an answer by the due date, a default judgment may be taken against you. For further information, consult Part V of the Texas Rules of Civil Procedure, which is available online and also at the court listed on this citation.

Filed on the 2nd day of August, 2021.  Issued and given under my hand on the 2nd day of August, 2021.

*Randall Slagle* (signature)

JUDGE RANDALL SLAGLE
JUSTICE OF THE PEACE, PRECINCT 2
10409 BURNET ROAD, SUITE 180
AUSTIN, TEXAS 78758
JP2@traviscountytx.gov

**EXHIBIT A-3**

# JUSTICE COURT CITATION

Judge Randall Slagle
Travis County Justice of the Peace, Precinct 2
Cause No. J2-CV-21-002458
Daniel Graham vs. UNITED HEALTHCARE SERVICES, INC

OFFICER'S RETURN

............................................................................................

Came to hand on the _____ day of _____, 20____ at _____ o'clock ___M. Executed at _____ o'clock ___M on the _____ of _____, 20____, by delivering a true copy of this citation together with the accompanying copy of the petition after endorsing the date of delivery on the citation, to the Defendant: _____

(Check manner of service below)

__ In person at 9900 Bren Rd East Mn008-t390  Minnetonka Mn  55343

__ By Rule 501.2(e); by attaching to the front door at 9900 Bren Rd East Mn008-t390  Minnetonka Mn  55343 and mailing a copy by first class mail on _____20____.

__ By Rule 501.2(e); by delivering to _____, who is at least 16 years of age at 9900 Bren Rd East Mn008-t390  Minnetonka Mn  55343 and mailing a copy by first class mail on _____20 ____.

__ Other; _____

__ Not Executed; _____

To certify which witness my hand officially,

Adan Ballesteros, Constable
Travis County Constable Pct. 2

Service Fee: _____

By Deputy_____

Print Name _____



# Service of Process Transmittal
08/06/2021
CT Log Number 540033440

| | |
|---|---|
| **TO:** | Rebecca Thompson<br>UnitedHealth Group Incorporated (111504190770700600)<br>9900 Bren Rd E Ste 300W, MN008-T502<br>Minnetonka, MN 55343-9693 |
| **RE:** | **Process Served in Texas** |
| **FOR:** | United HealthCare Services, Inc. (200204190770700600)  (Domestic State: MN) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Daniel Graham, Pltf. vs. UNITED HEALTHCARE SERVICES, INC, Dft.<br>*Name discrepancy noted.* |
| **DOCUMENT(S) SERVED:** | -- |
| **COURT/AGENCY:** | None Specified<br>Case # 32CV21002458 |
| **NATURE OF ACTION:** | Insurance Litigation |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Dallas, TX |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 08/06/2021 postmarked on 08/04/2021 |
| **JURISDICTION SERVED :** | Texas |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 08/06/2021, Expected Purge Date: 09/05/2021<br><br>Image SOP<br><br>Email Notification,  Administrative Assistant  legalmail@uhg.com |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>1999 Bryan Street<br>Suite 900<br>Dallas, TX 75201<br>877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

Page 1 of  1 / SD

**EXHIBIT A-4**

CM

**RECEIVED**
By AbeggIC at 3:17 pm, 8/11/21

# JUSTICE COURT CITATION

Docket Number:   J2-CV-21-002458

**Plaintiff:**
**Daniel Graham**
5812 MOSSBROOK TRAIL
DALLAS TX 75252

Represented by:

vs.

**Defendant:**
**UNITED HEALTHCARE SERVICES, INC**
9900 BREN RD EAST MN008-T390
MINNETONKA MN  55343

By Serving:
CT CORPORATION SYSTEM
1999 BRYAN ST. STE 900
DALLAS, TX 75201

**THE STATE OF TEXAS** to: UNITED HEALTHCARE SERVICES, INC, Defendant(s):

You have been sued. You may employ an attorney to help you in defending against this lawsuit. But you are not required to employ an attorney. You or your attorney must file an answer with the court. Your answer is due by the end of the 14th day after the day you were served with these papers. If the 14th day is a Saturday, Sunday, or legal holiday, your answer is due by the end of the first day following the 14th day that is not a Saturday, Sunday, or legal holiday. Do not ignore these papers. If you do not file an answer by the due date, a default judgment may be taken against you. For further information, consult Part V of the Texas Rules of Civil Procedure, which is available online and also at the court listed on this citation.

Filed on the 2nd day of August, 2021.  Issued and given under my hand on the 2nd day of August, 2021.

_____
JUDGE RANDALL SLAGLE
JUSTICE OF THE PEACE, PRECINCT 2
10409 BURNET ROAD, SUITE 180
AUSTIN, TEXAS 78758
JP2@traviscountytx.gov

**EXHIBIT A-5**

CN2 Received 16:51 08-02-2021

# JUSTICE COURT CITATION

Judge Randall Slagle
Travis County Justice of the Peace, Precinct 2
Cause No. J2-CV-21-002458
Daniel Graham vs. UNITED HEALTHCARE SERVICES, INC

OFFICER'S RETURN

..........................................................................

Came to hand on the __2nd__ day of __August__, 20__21__ at __4:51__ o'clock __P__ M.
Executed at __12:45__ o'clock __P__ M on the __11th__ of __August__, 20__21__, by delivering a true copy of this citation together with the accompanying copy of the petition after endorsing the date of delivery on the citation, to the Defendant: __CT Corporation System__
(Check manner of service below)

__ In person at 9900 Bren Rd East Mn008-t390 Minnetonka Mn 55343

__ By Rule 501.2(e); by attaching to the front door at 9900 Bren Rd East Mn008-t390 Minnetonka Mn 55343 and mailing a copy by first class mail on _____ 20____.

__ By Rule 501.2(e); by delivering to _____, who is at least 16 years of age at 9900 Bren Rd East Mn008-t390 Minnetonka Mn 55343 and mailing a copy by first class mail on _____ 20____.

✓ Other; __Certified mail; Received by Kirk Atkins__

__ Not Executed; _____

To certify which witness my hand officially,

Adan Ballesteros, Constable
Travis County Constable Pct. 2

Service Fee: __80.__

By Deputy __[signature]__ 205
Print Name __Edwards__

CN2 Received 16:51 08-02-2021



| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) **Kirk Atkins**   C. Date of Delivery AUG 0 6 2021 |
| 1. Article Addressed to:<br><br>CT CORPORATION SYSTEMS<br>1999 BRYAN ST. SUITE 900<br>DALLAS TX 75201<br><br>9590 9402 5218 9122 1847 11 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☑ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500)<br>☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7019 1120 0000 1622 8860 | |
| PS Form 3811, July 2015 PSN 7530-02-000-9053 | Domestic Return Receipt |



9590 9402 5218 9122 1847 11

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

CONSTABLE ADAN BALLESTEROS
TRAVIS COUNTY PCT. 2
10409 BURNET RD. SUITE 150
AUSTIN TX 78758

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

civil

FILED: 8/17/2021 2:10 PM
JUDGE RANDALL SLAGLE
JUSTICE OF THE PEACE, PCT. 2
TRAVIS COUNTY, TEXAS

CAUSE NO. J2-CV-21-2458

| | | |
|---|---|---|
| DANIEL GRAHAM, | § | IN THE JUSTICE COURT |
| *Plaintiff*, | § § § | |
| v. | § | PRECINCT NO. 2 |
| UNITED HEALTHCARE SERVICES, INC., | § § § § | |
| *Defendant*. | § | TRAVIS COUNTY, TEXAS |

## DEFENDANT UNITED HEALTHCARE SERVICES, INC.'S ORIGINAL ANSWER

Defendant United HealthCare Services, Inc. ("United") files its original answer and states:

## GENERAL DENIAL

1. Subject to such admissions and stipulations as may be made at or before time of trial, United denies generally and specifically the material allegations in Plaintiff's Small Claims Petition ("Petition"), pursuant to TEX. R. CIV. P. 502.5(b), and demands strict proof thereof in accordance with the requirements of the laws of this State.

## DEFENSES

2. Plaintiff's Petition fails to state a claim upon which relief may be granted.

3. United states that it has established and implemented with due care reasonable practices and procedures to effectively prevent calls that may violate 47 U.S.C. § 227(c) and its implementing regulation.

4. Plaintiff's claims are barred, in whole or in part, by the doctrine of waiver.

**EXHIBIT A-6**

---

**DEFENDANT UNITED HEALTHCARE SERVICES, INC.'S ORIGINAL ANSWER**     Page 1

FILED: 8/17/2021 2:10 PM
JUDGE RANDALL SLAGLE
JUSTICE OF THE PEACE, PCT. 2
TRAVIS COUNTY, TEXAS

5.   Plaintiff's claims are barred, in whole or in part, by the doctrine of estoppel.

6.   Plaintiff's claims are barred, in whole or in part, by the doctrine of *in pari delicto*.

7.   Plaintiff's claims are barred, in whole or in part, by the doctrine of unclean hands.

8.   Plaintiff's claims are barred, in whole or in part, because Plaintiff has incurred no actual damages as a result of any purported violations of the TCPA.

9.   Plaintiff's claims are barred, in whole or in part, as any violation of the TCPA, 47 U.S.C. § 277 *et seq.* of the U.S. Code resulting from the actions complained of in the Petition were not done willfully or knowingly.

10.   Plaintiff's claims are barred as Plaintiff's own acts or omissions caused or contributed to Plaintiff's alleged injury.

11.   Plaintiff's claims for exemplary and/or punitive damages is barred as it violates United's right to procedural and substantive due process under the Fifth and Fourteenth Amendments of the United States Constitution and the Texas Constitution. Moreover, such damages are barred in whole or in part by Chapter 41 of the Texas Civil Practice & Remedies Code and other applicable statutes, damage caps, and limitations.

12.   United reserves the right to amend this Answer and assert additional affirmative defenses as may be appropriate.

### REQUEST FOR RELIEF

13.   United requests the following relief:

   a.   That Plaintiff take nothing by reason of his claims;

  b. That Plaintiff's claims against United be dismissed with prejudice;

  b. That United recover its costs and attorneys' fees; and

  c. That United have such other and further relief, both general and special, at law and in equity, to which it may show itself justly entitled.

Dated: August 17, 2021   Respectfully submitted,

       By: */s/ Kristina A. Pierre-Louis*
         Andrew G. Jubinsky
         Texas Bar No. 11043000
         andy.jubinsky@figdav.com
         Kristina A. Pierre-Louis
         Texas Bar No. 24092973
         kristina.pierre-louis@figdav.com

       **FIGARI + DAVENPORT, LLP**
       901 Main Street, Suite 3400
       Dallas, Texas 75202
       Telephone: (214) 939-2000
       Facsimile: (214) 939-2090

       ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

  This is to certify that a true and correct copy of the foregoing document has been served on the parties listed below on August 17, 2021.

**Via CMRRR:**
Daniel Graham
5812 Mossbrook Trail
Dallas, Texas 75252

        */s/ Kristina A. Pierre-Louis*
        Kristina A. Pierre-Louis