IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| DANIEL GRAHAM, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § CASE NO. 1:21-CV-773 <br> UNITED HEALTHCARE SERVICES, INC., § <br> § <br> Defendant. § <br> § | |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Daniel Graham ("Plaintiff") and Defendant United Healthcare Services, Inc. ("Defendant"), having announced to the Court that the matters in controversy between them have been settled, and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii), STIPULATE as follows:

That all claims asserted or assertable herein by Plaintiff against Defendant be DISMISSED WITHOUT PREJDUICE; and

That all attorneys' fees and costs between Plaintiff and Defendant be taxed against the party incurring them.

SO STIPULATED.

**AGREED TO AND APPROVED:**

Dated: October 22, 2021

| | |
|---|---|
| */s/ Daniel Graham (with permission)*<br>Daniel Graham<br>(214) 236-7996<br>danielgrahamcpa@gmail.com<br><br>**PRO SE PLAINTIFF** | */s/ Kristina A. Pierre-Louis*<br>Andrew G. Jubinsky<br>Texas Bar. No. 11043000<br>andy.jubinsky@figdav.com<br>Lead Attorney<br><br>Of Counsel:<br>Kristina A. Pierre-Louis<br>Texas Bar. No. 24092973<br>kristina.pierre-louis@figdav.com<br><br>**FIGARI + DAVENPORT, LLP**<br>901 Main Street, Suite 3400<br>Dallas, Texas 75202<br>(214) 939-2000<br>(214) 939-2090 – fax<br><br>**ATTORNEYS FOR DEFENDANT** |

## CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2021, all attorneys deemed to accept service of the above-referenced document electronically will be notified via the Court's CM/ECF system and via email as follows:

Daniel Graham danielgrahamcpa@gmail.com

                                                            */s/ Kristina A. Pierre-Louis*
                                                            Kristina A. Pierre-Louis