IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2021 OCT 26  AM 9:42
CLERK, US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____

| | |
|---|---|
| DANIEL GRAHAM, § | |
| PLAINTIFF, § | |
| § | |
| V. § | CIVIL NO. 1:21-CV-773-LY |
| § | |
| UNITED HEALTHCARE SERVICES, § | |
| INC., § | |
| DEFENDANT. § | |

### ORDER CLOSING CASE

Before the court is the above entitled cause. The parties filed a Stipulation of Dismissal Without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) on October 22, 2021 (Doc. #5), which the court approved by separate order. Accordingly,

**IT IS HEREBY ORDERED** that the case is **CLOSED**.

SIGNED this _26th_ day of October, 2021.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE